IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHELLE CRAWFORD, | § | |
| | § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:23-CV-318 |
| | § | |
| v. | § | |
| | § | |
| COMMISSIONER OF SOCIAL SECURITY, | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| *Defendant*. | § | |

## ORDER

Pending is the Plaintiff, Michelle Crawford's, *Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act.*[1] (Doc. No. 19.) Magistrate Judge Zack Hawthorn issued a report recommending that:

1. The application for attorney's fees be granted;

2. The Commissioner pay Michelle Crawford, in care of her attorney Howard Olinsky, $6,786.43 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412;

3. This award be subject to any beneficial, contractual and/or assignment-based interests held by the Mr. Olinsky; and

4. If successful at the administrative level, Crawford be granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

Neither party filed objections to the magistrate judge's report. It is therefore

ORDERED that the Report and Recommendation is ADOPTED and Plaintiff's motion (Doc. No. 19) is GRANTED. It is further

---

[1] The Commissioner's response indicates that he is unopposed to the request. (Dkt. #20.)

ORDERED that the Commissioner of Social Security pay Michelle Crawford, in care of her attorney, Howard Olinsky, an attorney fee in the amount of $6,786.43, and it should be mailed to: Michelle Crawford, in care of her attorney, Howard Olinsky, Olinsky Law Group – Syracuse, 250 South Clinton Street, Suite 210, Syracuse, NY 13202.  This award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney.  If successful at the administrative level, Plaintiff is granted an extension of thirty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 9th day of May, 2025.**

*[Signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge